UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PORTIA ROBINSON,

        Plaintiff(s),

Case No. 23-10104

v.

Judge Terrence G. Berg

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

Magistrate Judge

        Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __4__, filed __04/10/2023__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [x] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact __Amanda Chubb__ at __(313) 234-2644__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: April 10, 2023

/s/A. Chubb
Deputy Clerk