UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **PORTIA ROBINSON,**<br><br>Plaintiff,<br><br>vs.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., et al.,**<br><br>Defendants. | 2:23-CV-10104-TGB- JJCG<br><br><br><br>**JUDGMENT** |
| **PORTIA ROBINSON,**<br><br>Plaintiff,<br><br>vs.<br><br>**BRITE FINANCIAL SERVICES, LLC,**<br><br>Defendant. | 2:23-CV-10105-TGB-JJCG<br><br><br><br>**JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the cases are **DISMISSED WITHOUT PREJUDICE.**

Dated at Detroit, Michigan: April 11, 2023.

KINIKIA ESSEX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

1